UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                   CR 216-24

MARQUEZ MOREHEAD,

    Defendant.

## ORDER GRANTING MOTION TO CONTINUE

Counsel for the Defendant has filed a Motion for Continuance of Sentencing Hearing (Dkt. 479). After review and consideration of the Motion by the Court, and there being no opposition by the Government, the Motion is hereby GRANTED.

The sentencing hearing now is rescheduled for September 18, 2017 at 1:00 p.m. in the Brunswick Federal Courthouse, 801 Gloucester Street, Brunswick, Georgia.

This the ___ day of August 2017.

THE HONORABLE LISA GODBEY WOOD
DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA